JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel: (702) 430-6896
Fax: (702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

**Jeffrey Gronich, Attorney at Law, P.C.**
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
(702) 430-6896 FAX: (702) 369-1290

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRIS MANZO, an individual;

Plaintiff,

vs.

RIO PROPERTIES, LLC. D/B/A RIO ALL-SUITE HOTEL & CASINO; CAESARS ENTERTAINMENT CORPORATION;

Defendants.

Case No. 2:14-cv-00172-RFB-GWF

**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO FILE FOURTH AMENDED COMPLAINT**

Plaintiff Chris Manzo ("Plaintiff" or "Manzo"), by and through his attorney Jeffrey Gronich, Esq. of Jeffrey Gronich, Attorney at Law, P.C., and Defendants Rio Properties, LLC. D/b/a Rio All-Suite Hotel & Casino and Caesars Entertainment Corporation (collectively "Defendants" or "the Rio"), by and through their attorney Rachel Silverstein, Esq. of Littler Mendelson, stipulate as follows:

1. Plaintiff served Defendants with a copy of his Third Amended Complaint on or about January 7, 2015.

2. On or about January 16, 2014 Defendants' attorney contacted Plaintiff's attorney to meet and confer about the Third Amended Complaint in an effort to avoid unnecessary motion practice.

3. As a result of this meet and confer, Counsel for both parties have agreed to allow Plaintiff to file a Fourth Amended Complaint, a copy of which is attached as Exhibit I.

4. Defendants will then have 21 days after such filing to file a responsive pleading.

Dated: January 23, 2015

Respectfully submitted,

By: /s/ Jeffrey Gronich
Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104
*Attorney for Plaintiff*

Dated: January 23, 2015

Respectfully submitted,

By: /s/ Rachel Silverstein
Rachel Silverstein, Esq.
Littler Mendelson, P.C
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
*Attorney for Defendants*

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, Plaintiff shall be allowed to file his Fourth Amended Complaint in the above-referenced case.

**ORDER**

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of January, 2015.

Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave., Suite 109
Las Vegas, Nevada 89104
(702) 430-6896 FAX: (702) 369-1290