JEFFREY GRONICH, ATTORNEY AT LAW, P.C.
Jeffrey Gronich, Esq. (#13136)
1810 E. Sahara Ave.
Suite 109
Las Vegas, Nevada 89104
Tel:	(702) 430-6896
Fax:	(702) 369-1290
jgronich@gronichlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MANZO, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>RIO PROPERTIES, LLC. D/B/A RIO ALL-SUITE HOTEL & CASINO; CAESARS ENTERTAINMENT CORPORATION;<br><br>Defendants. | Case No. 2:14−cv−00172−RFB−GWF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their attorneys of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*. Each party is to bear her/his/its own attorneys' fees and costs, except as otherwise agreed.

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear its own costs and attorneys' fees, except as otherwise agreed.

Dated: July 27, 2015

Respectfully submitted,

By: /s/ Jeffrey Gronich
Jeffrey Gronich, Esq.
Jeffrey Gronich, Attorney at Law, P.C.
1810 E. Sahara Ave, Suite 109
Las Vegas, NV 89104
*Attorney for Plaintiff*

Dated: July 27, 2015

Respectfully submitted,

By: /s/ Rachel Silverstein
Rachel Silverstein, Esq.
Littler Mendelson, P.C
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
*Attorney for Defendants*

**IT IS SO ORDERED**

Dated this 3rd day of August, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge